IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In Re: Larry Pompey,                    Chapter: 13
        Debtor.                    Case Number: 15-32869

## MOTION TO LIFT CO-DEBTOR STAY

    COMES NOW HMC Finance Corp., a Creditor in the above case, and moves the Court to enter an Order lifting the co-Debtor Stay as it applies to Cora Pompey, and states as grounds that Cora Pompey and the Debtor co-signed a contract in favor of HMC Finance Corp., and the Debtor has not elected to protect the co-Debtor and pay the debt in full in the above Chapter 13 case. Therefore, to the extent the debt is not being paid in full by the Debtor, the Creditor requests that the co-Debtor Stay be lifted so the Creditor can collect the debt from Cora Pompey, the co-Debtor.

                      /s/ Richard C. Dean, Jr.
                      Attorney for HMC Finance Corp.

OF COUNSEL:
P.O. Box 1028
Montgomery, AL 36101-1028
(334) 264-2695
PJH

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case:

| Larry Pompey | Joshua C. Milam, Esq. | Mr. Curtis C. Reding, Trustee |
|---|---|---|
| 3659 Audubon Rd. | 566 S. Perry Street | P.O. Box 173 |
| Montgomery, AL 36111 | Montgomery, AL 36104 | Montgomery, AL 36101 |

Cora Pompey
1313 Adrian Lane
Montgomery, AL 36111

                      /s/ Richard C. Dean, Jr.
                      Of Counsel